IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TARRANTS BENARD CARTER, SR. PLAINTIFF

v. Case No. 6:26-cv-06096

WALTER WHITE (Warden, Omega Technical Violator Center) DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 10) be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 10) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED**, this 6th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge